## INDEPENDENT PETROLEUM WORKERS OF AMERICA, INC. *v.* AMERICAN OIL CO.

No. 55. Argued November 9, 1964.—Decided November 23, 1964.

*David E. Feller* argued the cause for petitioner. With him on the briefs were *William Belshaw, Benedict R. Danko, Elliot Bredhoff, Jerry D. Anker* and *Michael H. Gottesman.*

*Frederic D. Anderson* argued the cause for respondent. With him on the brief were *Richard P. Tinkham* and *Daniel F. Kelly.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.